# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1390

_____

John Quincy Adams

*Plaintiff - Appellant*

v.

Gary Campbell, MD, Corizon Medical Services, formerly known as Correctional
Medical Services, Personal and Individual Capacity; T. Bredeman, MD, Corizon
Medical Services, formerly known as Correctional Medical Services, Personal and
Individual Capacity; Elizabeth Conley, MD, Corizon Medical Services, formerly
known as Correctional Medical Services, Personal and Individual Capacity;
Thomas Cabrera, MD, Corizon Medical Services, formerly known as Correctional
Medical Services, Personal and Individual Capacity; Corizon Medical Services,
Inc.; Robert Griggs, Assistant Warden, NECC, Personal Capacity; Chantey
Goddert, Assistant Warden, NECC, Personal Capacity; Doug Prudden, Warden,
NECC, Personal Capacity; Unknown Vetter, Correctional Officer I, NECC
Personal Capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: February 19, 2015
Filed: March 2, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Former inmate John Quincy Adams appeals from the order of the District Court[1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, we find no basis for reversal. <u>See</u> <u>Peterson v. Kopp</u>, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review). We affirm the judgment of the District Court. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.